IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : Criminal No. 3:02-cr-23 (HL) |
| | : |
| **EDDIE HARRIS,** | : |
| | : |
| **Defendant.** | : |

### ORDER TO RESPOND

By Order entered October 23, 2008, Defendant Eddie Harris was directed to show cause why his Motion for Reconsideration should not be denied in light of the decision in United States v. Moore, 541 F.3d 1323 (11th Cir. 2008).  A response to the show cause order has now been docketed on his behalf.  After review of the response, the Court is of the opinion that a reply to the response from the Government might be beneficial to the Court.  Therefore, the Government is hereby directed to submit a reply to Defendant's response to the Court's show cause order by not later than November 26, 2008.

**SO ORDERED**, this the 14th day of November, 2008.

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

mls